

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name: Houston Progressive Radiology Associates, PLLC, Rodolfo L. Garcia and Brandon C. Stroh v. Stephen B. Lee, M.D.. P.A. a Texas Professional Association , Dean Paul Chauvin, Jr., M.D., P.A., a Texas Professional Association, and Michael Nguyen, M.D.

Appellate case number: 01-14-00467-CV

Trial court case number: 2014-12279

Trial court: 80th District Court of Harris County

On June 30, 2014, counsel for appellant Houston Progressive Radiology Associates, PLLC filed an Unopposed Motion to Substitute Counsel. A motion to substitute counsel must be delivered to Houston Progressive Radiology Associates, PLLC "in person or mailed—both by certified and by first-class mail" in order to comply with Texas Rule of Appellate Procedure 6.5(b), (d). The motion does not indicate that it was delivered to Houston Progressive Radiology Associates, PLLC in person or by mail. The motion is **DENIED**, without prejudice to refiling.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                 ☑ Acting individually     ☐ Acting for the Court


Date: July 22, 2014